1 | Edward W. Swanson, SBN 159859
SWANSON, McNAMARA & HALLER LLP
2 | 300 Montgomery Street, Suite 1100
San Francisco, California 94104
3 | Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for SHEILA WU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 02-40082 SBA |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR EARLY TERMINATION OF PROBATION** |
| vs. | |
| SHEILA WU, | |
| Defendant. | |

**STIPULATION**

Sheila Wu was sentenced on January 13, 2004. The defendant has cooperated with all terms of her supervised release.

\\\
\\\
\\\
\\\
\\\
\\\
\\\

Pursuant to 18 U.S.C. § 3564(c), and in concurrence with Probation Officer Shaheen Shan, the parties hereby stipulate and agree to the early termination of Ms. Wu's probation.

IT IS SO STIPULATED.

Dated: January 17, 2007

/s/
EDWARD W. SWANSON
Swanson, McNamara & Haller LLP

Dated: January 17, 2008

/s/
KIRSTIN AULT
Assistant United States Attorney

Dated: January 15, 2008

/s/
SHAHEEN SHAN
United States Probation Officer

## ORDER

Upon stipulation of the parties, and good cause appearing therefor, it is HEREBY ORDERED that Sheila Wu's probation be terminated as of the date of this order.

IT IS SO ORDERED.

Dated: 1/22/08

SANDRA B. ARMSTRONG
United States District Judge

2